NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN S. RHINE, | ) | No. C 07-4728 JF (PR) |
| Plaintiff, | ) | ORDER OF TRANSFER |
| vs. | ) | |
| EMPLOYEES/GUARDS OF CDCR, et al., | ) | |
| Defendants. | ) | |

Plaintiff, a state prisoner proceeding pro se, filed the instant civil rights action pursuant to 42 U.S.C. § 1983 concerning the conditions of his confinement at the California Mens Colony in San Luis Obispo, California. Because the acts complained of occurred in San Luis Obispo County, which lies within the venue of the Central District of California, venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Central District of California. See 28 U.S.C. § 1406(a). The Clerk shall terminate any pending motions and transfer the entire file to the Central District of California.

IT IS SO ORDERED.

DATED: 9/19/07

JEREMY FOGEL
United States District Judge

Order of Transfer
P:\pro-se\sj.jf\cr.07\Rhine728trans           1

1  A copy of this ruling was mailed to the following:

2

3  John S. Rhine
   F-25840
   California Mens Colony -West
4  P.O. Box 8101
   San Luis Obispo, CA  93401

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28